**Order entered August 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00947-CV

### IN THE INTEREST OF I.A.S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-18822**

## ORDER

Before the Court is appellant's August 7, 2013 motion asking this Court to review the trial court's July 25, 2013 order sustaining the contest to his affidavit of indigence. In his motion, appellant states that he did not receive written notice of the trial court's ruling until August 5, 2013. Accordingly, we treat appellant's motion as a motion for an extension of time to file his appeal of the trial court's order. We **GRANT** appellant's motion and deem appellant's appeal of the trial court's order timely filed on August 7, 2013. *See* TEX. R. APP. P. 20.1(j)(2).

We **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, a clerk's record containing the following three documents:

1.   The affidavit of indigence filed on July 11, 2013;

2.   The contest to the affidavit filed on July 12, 2013; and

3.   The trial court's order sustaining the contest signed on July 25, 2013.

We **ORDER** Shantel Beheler, Official Court Reporter of the 255th Judicial District Court of Dallas County, Texas, to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, the reporter's record from the July 25, 2013 hearing on the contest to appellant's affidavit of indigence.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Gary Fitzsimmons, Shantel Beheler, appellant, and all counsel of record.

/s/     ELIZABETH LANG-MIERS
            JUSTICE